**Electronically Filed
Supreme Court
SCWC-11-0000427
23-JAN-2014
07:57 AM**

SCWC-11-0000427

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

WENDY PIERCE, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000427; CASE NO. 2DTC-10-006049)

ORDER OF CORRECTION
(By: Acoba, J.)

IT IS HEREBY ORDERED that the Summary Disposition Order filed on January 15, 2014 is corrected as follows:

On the second page, footnote 1 is corrected by changing "The Honorable R. Mark Browning presided." to "The Honorable R. Blaine J. Kobayashi presided."

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED:  Honolulu, Hawaiʻi, January 23, 2014.

/s/ Simeon R. Acoba, Jr.

